UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL R. MANIZAK,

    Plaintiff,                                              No. 13-10346

v.                                                   District Judge George Caram Steeh
                                                      Magistrate Judge R. Steven Whalen

ANDREW KELLEY, ET AL.,

    Defendants.
_____/

**ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF**

      Defendants' Motion to Depose Plaintiff [Doc. #24] is GRANTED. Pursuant to Fed.R.Civ.P. 30(a)(2), the Defendants, through their counsel, the Wayne County Corporation Counsel, are hereby granted leave to conduct a deposition of the Plaintiff, Paul Manizak, Inmate No. 193140, at the G. Robert Cotton Facility or any Michigan Department of Corrections facility at which Plaintiff is housed.

      IT IS SO ORDERED.


Date: June 6, 2013                                    s/ R. Steven Whalen
                                                           R. STEVEN WHALEN
                                                           UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on June 6, 2013, electronically and/or by U.S. mail.

                                                           s/Michael Williams
                                                          Relief Case Manager for the Honorable
                                                          R. Steven Whalen